No. 90–1736. AMERICAN SOCIETY OF PLASTIC & RECONSTRUCTIVE SURGEONS, INC., ET AL. v. ANDERSON. Sup. Ct. Utah. Motion of American Medical Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 90–1776. CHAMBERS v. SOUTHWESTERN BELL TELEPHONE CO. C. A. 5th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 90–8092. BURKE v. AMERICAN TELEPHONE & TELEGRAPH. C. A. 2d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 90–1778. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. BOOKER. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–1792. JOHNSON v. O'DONNELL, JUDGE, COURT OF COMMON PLEAS OF CUYAHOGA COUNTY, OHIO, ET AL. Sup. Ct. Ohio. Motion of petitioner to strike intervening respondent's brief denied. Certiorari denied.

No. 90–1844. MUNN, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF MUNN, DECEASED v. ALGEE. C. A. 5th Cir. Motions of American Jewish Congress et al. and Watchtower Bible & Tract Society of New York, Inc., for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 90–1852. VIRGINIA DEPARTMENT OF TAXATION v. CORNING, INC. Sup. Ct. Va. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 90–1875. BARD ET AL., DBA BARD & BARD CO. v. CROCKETT ET AL. C. A. 8th Cir. Motion of respondents for relief from compliance with Rule 29.1 granted. Certiorari denied.